James WIDTFELDT; James Widtfeldt Trust, Appellants,

v.

Ed SCHAFER,[1] in his capacity as Secretary of the United States Department of Agriculture; United States Department of Agriculture; Monte Fletcher, in his official capacity as Holt County Executive Director of the United States Farm Service Agency, an Agency of the United States Department of Agriculture; Richard Kilmurry; Bonny Kilmurry; Hilger Brothers Partnerships; Gary A. Burival; Joyce A. Burival; Edwin Burival, Appellees.

No. 07–1284.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 29, 2008.

Filed: Sept. 4, 2008.

James Widtfeldt, Atkinson, NE, pro se.

James Widtfeldt Trust, Atkinson, NE, pro se.

Robert Homan, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

James Widtfeldt appeals the district court's[2] adverse grant of summary judgment in this action for declaratory and injunctive relief under the Administrative Procedure Act (APA), 5 U.S.C. § 706(1) & (2), challenging an order of the United States Department of Agriculture (USDA), which found him ineligible for federal farm subsidies for the years 2000 and 2001 and required him to refund approximately $29,000 in payments he received for those years. Upon de novo review, we agree with the district court that the USDA's decision was not arbitrary, capricious, an abuse of discretion, or otherwise inconsistent with the law. *See Voyageurs Nat'l Park Ass'n v. Norton*, 381 F.3d 759, 763 (8th Cir.2004) (appellate standard of review and applicable legal standard under APA). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

1. Ed Schafer has been appointed to serve as the Secretary of the United States Department of Agriculture, and is substituted as an appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.